**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7646**

---

LAWRENCE E. GRIFFIN,

                                        Petitioner - Appellant,

        versus

UNITED STATES OF AMERICA,

                                        Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, District Judge. (CA-96-650)

---

Submitted:  February 13, 1997        Decided:  February 27, 1997

---

Before WIDENER and HAMILTON, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Lawrence E. Griffin, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing without prejudice his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Griffin v. United States</u>, No. CA-96-650 (E.D. Va. Oct. 7, 1996). We deny Appellant's motions for a certificate of probable cause, appointment of counsel, and release on bond pending appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>